IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JARED SCHNEIDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:16-cv-02831 |
| ) | |
| HUGEDOMAINS.COM LLC, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS COMPLAINT WITH PREJUDICE

NOW COMES Plaintiff Jared Schneider ("Plaintiff"), by and through his attorneys, Blaise & Nitschke, P.C., and for his Motion to Dismiss complaint against Defendant HugeDomains.com LLC., ("HugeDomains"), states as follows:

1. Mr. Schneider filed his Complaint on March 3, 2016. (Dkt. #1)

2. The parties have entered into a mutual settlement agreement.

3. Mr. Schneider now seeks to dismiss his Complaint as to Defendant HugeDomains and terminate hearings in this matter.

WHEREFORE, Plaintiff Jared Schneider, by and through his attorneys, Blaise & Nitschke, P.C., respectfully requests this Honorable Court to enter a dismissal of the Complaint with prejudice as to Defendant HugeDomains.com LLC., and to terminate hearings in this matter, and for such other and further relief this Honorable Court deems just and equitable.

Thomas J. Nitschke #6225740
Heather L. Blaise #6298241
**Blaise & Nitschke, P.C.**
20 N. Clark Street, Suite 3100
Chicago, IL 60602
T: (312) 448-6602
F: (312) 803-1940

Respectfully submitted,
Plaintiff, Jared M. Schneider

By: /s/ Heather L. Blaise
One of his attorneys